THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-cr-00191-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JAMAL GARDNER, | |
| Defendant. | |

THE COURT, having considered Defendant's unopposed motion to extend the deadline for pretrial motions, hereby

ORDERS that Defendant's Motion (Dkt. # 16) is GRANTED.  The due date for pretrial motions is extended from December 8, 2021, to December 17, 2021.

DATED this 9th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(US v. Jamal Gardner; CR21-191RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 2
(US v. Jamal Gardner; CR21-191RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**