THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:21-cr-00191-RAJ |
| Plaintiff, | |
| vs. | ORDER DENYING SECOND UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JAMAL GARDNER, | |
| Defendant. | |

THIS MATTER comes before the Court upon Defendant's Second Unopposed Motion to Extend Pretrial Motions Deadline.  Dkt. # 19.  Having considered the motion, and the files and pleadings herein, the Court hereby **DENIES** the motion.  Defendant's proposed pretrial motions deadline does not permit the Court sufficient time for consideration of any pretrial motions filed prior to the current trial date of January 18, 2022.  The Court will consider reinstating the pretrial motions deadline should a motion to continue the trial date be filed providing a reasonable time interval between the noting date of any motion and a proposed new trial date.

DATED this 23rd day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge