HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-191RAJ |
| Plaintiff, | ) ) ) | ORDER DENYING MOTION FOR REVIEW OF MAGISTRATE ORDER DENYING EMERGENCY MOTION FOR REVIEW OF DETENTION ORDER AND FOR TEMPORARY RELEASE |
| v. | ) ) ) | |
| JAMAL GARDNER, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER comes before the Court upon Defendant's Motion for Review of Magistrate Order Denying Emergency Motion for Review of Detention Order and for Temporary Release. Dkt. 31. The Court has considered the motion and the files and pleadings herein, including the report prepared by Pretrial Services prior to the original detention hearing in this matter, and the General Orders currently in effect.

The original detention hearing in this matter was held before Magistrate Judge S. Kate Vaughan on November 2, 2021. Dkt. 9. At that hearing, Defendant was ordered detained and remanded to custody. Dkt. 10. Defendant entered a guilty plea on January 5, 2022. Dkt. 25. On January 10, 2022, Defendant filed a Motion to Reopen Detention Hearing and for Temporary Release, which was referred by this Court to Judge Vaughan for her consideration. Dkt. 29. On January 11, 2022, Defendant filed an Emergency Supplement to Motion to Reopen Detention Hearing for Temporary

ORDER - 1

Release, requesting an immediate hearing.  Dkt. 30.  On January 12, 2022, Judge Vaughan entered a minute order denying Defendant's motion for an immediate emergency hearing and setting a briefing schedule on Defendant's Motion to Reopen Detention Hearing.   Now before the Court is Defendant's instant motion for review of Judge Vaughan's order denying his request for an immediate renewed detention hearing.  Dkt. 31.

While the Court understands Defendant's concerns as set forth in his motion, the Court finds that Defendant has failed to establish good cause for the Court to overrule the decisions made by Judge Vaughan.

The Court ORDERS that the Motion (Dkt. 31) is DENIED.  The Court affirms the decision by Judge Vaughan to deny the motion for an immediate hearing, and declines to alter the briefing schedule set by Judge Vaughan.

DATED this 13th day of January, 2022.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge

ORDER - 2