Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>JAMAL GARDNER,<br><br>           Defendant. | No. 2:21-cr-00191-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's Emergency Motion for Extension of Time to Self-Report (Dkt. 76). Having reviewed the motion, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion (Dkt. 76) is DENIED absent the submission of medical verification or medical records in support of Defendant's motion. The motion is denied without prejudice to being renewed with the submission of evidence pertaining to Defendant's medical condition. If a renewed motion is not filed, the Court will issue a warrant for Defendant's arrest.

DATED this 19th day of May, 2023.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER - 1