The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMAL GARDNER,<br><br>                Defendant. | NO. 2:21-cr-00191-RAJ<br><br>ORDER GRANTING MOTION TO CONTINUE SUPERVISED RELEASE EVIDENTIARY HEARING |

THIS MATTER comes before the Court upon the United States' Motion to Continue Supervised Release Evidentiary Hearing, which is currently scheduled for April 12, 2024, at 9:00 a.m. Having considered the parties' briefing, as well as the record and files herein, the Court hereby ORDERS that the United States' Motion (Dkt. 115) is GRANTED. The supervised release evidentiary hearing in this matter is continued to Wednesday, May 1, 2024, at 9:00 a.m.

DATED this 9th day of April, 2024.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
SUPERVISED RELEASE EVIDENTIARY HEARING
*U.S. v. Gardner*, 2:21-cr-00191-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970