The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMAL GARDNER,<br><br>　　　　　Defendant. | NO. CR21-191-RAJ<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO REDUCE SENTENCE |

The Court, having reviewed the Stipulated Motion of the Parties regarding a proposed briefing schedule for the motion for reduction in sentence hereby states that IT IS ORDERED that the motion (Dkt. 132) is granted. The briefing schedule shall be as follows:

　　1.　Any amended or supplemental motion by counsel on behalf of Defendant Jamal Gardner shall be filed on or before November 25, 2024;

　　2.　The government's response to the motion should be filed on or before December 6, 2024;

　　3.　Any reply should then be filed on or before December 13, 2024, and the matter noted for that date.

DATED this 18th day of November, 2024.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND - 1
*U.S. v. Gardner*/CR21-191-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970