The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:21-cr-00191-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DOCUMENT |
| JAMAL GARDNER, | |
| Defendant. | |

THIS MATTER comes before the Court upon the Government's Motion to Seal Document. Having considered the Motion to Seal, and because of the nature of the information contained in Exhibit 1 to the Government's response to Defendant's Motion to Reduce Sentence, the Court finds good cause to GRANT the Motion (Dkt. 135).

It is hereby ORDERED that Exhibit 1 to the Government's response to Defendant's Motion to Reduce Sentence shall remain sealed.

DATED this 9th day of December, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1
*United States v. Gardner,* 2:21-cr-00191-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970